IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02393-PSF-CBS

CHELSIE PORTER-ARMENTA,

    Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

    Defendant.

---

## ORDER OF DISMISSAL

---

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 16), and being advised in the premises, hereby ORDERS that the above-captioned case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: April 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge